# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| PAMELA JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REGIONAL FINANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 4:21-cv-00009-D<br><br>ORDER ON STIPULATION TO COMPEL ARBITRATION AND STAY THE PROCEEDINGS PENDING ARBITRATION |

Upon consideration of the Parties' Stipulation to Compel Arbitration and Stay the Proceedings Pending Arbitration, it is HEREBY ORDERED that the Stipulation is APPROVED. Accordingly, it is FURTHER ORDERED that:

1. Plaintiff shall, within 30 days, commence arbitration in accordance with the Arbitration and Cell Phone Agreement (ECF No. 10-4);

2. This matter is STAYED until such arbitration has been had in accordance with the terms of the Arbitration and Cell Phone Agreement; and

3. The parties shall file a joint status report every 90 days to update the Court on the status of that arbitration.

This 6 day of April 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Dever
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge