# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| PAMELA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>REGIONAL FINANCE CORPORATION OF NORTH CAROLINA,<br><br>    Defendant. | Case No. 4:21-cv-00009-D<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), Plaintiff Pamela Johnson ("Plaintiff") and Defendant Regional Finance Corporation of North Carolina ("Regional"), by and through undersigned counsel of record, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 21st day of January 2021.

                                            */s/ Dawn M. McCraw*
                                            Dawn M. McCraw
                                            Price Law Group, APC
                                            8245 N. 85th Way
                                            Scottsdale, AZ 85258
                                            T: (818) 600-5585
                                            F: (818) 600-5485
                                            E: dawn@pricelawgroup.com
                                            State Bar No. #54714
                                            *Attorneys for Plaintiff,*
                                            *Pamela Johnson*

/s/ Samuel B. Hartzell
Samuel B. Hartzell
N.C. Bar No. 49256
Womble Bond Dickinson (US) LLP
555 Fayetteville ST., Suite 1100
Raleigh, NC 27601
T: (919) 755-2112
F: (919) 755-6180
E: sam.hartzell@wbd-us.com
Attorney for Defendant
Regional Finance Corporation of North Carolina

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/Dawn McCraw