# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| PAMELA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>REGIONAL FINANCE CORPORATION OF NORTH CAROLINA,<br><br>    Defendant. | Case No. 4:21-cv-00009-D<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

Upon review of the Parties' Stipulation of Dismissal of Defendant Regional Finance Corporation of North Carolina With Prejudice and good cause appearing

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

This 24 day of January 2022.

                                                                           JAMES C. DEVER III
                                                                           United States District Judge